IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| ANTHONY CALCAGNI | : | No. 11-CV-6024 |
| | : | (08-CR-0743) |
| | : | |

**ORDER**

**AND NOW**, this 30th day of January, 2013, upon consideration of the Defendant Habeas Corpus Motion Pursuant to 28 U.S.C. § 2255 and all other responses and replies thereto, it is hereby **ORDERED** that:

1. Defendant Calcagni's Habeas Corpus Motion Pursuant to 28 U.S.C. § 2255 (Doc. No. 182) and Defendant's Supplemental Motion to Vacate/Set Aside/Correct Sentence (Doc. No. 199) is **DENIED**; and

2. Because the defendant has failed to make a substantial showing of a denial of any constitutional right, a certificate of appealability is **DENIED.**

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.